___ FILED ___ REC
___ ENTERED ___ SER
COUNSEL/PARTIES OF ___

DEC - 
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

United States of America
v.
Darius Khoshnevis
*Defendant*

) Case No. 2:19-mj-925-DJA
) 
) Charging District: E.D. MI
) Charging District's Case No. 2:19-cr-20778-MOB-RSW

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court, Eastern District of Michigan, Detroit, MI | Courtroom No.: Duty Courtroom |
| | Date and Time: December 11, 2019, 1 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: December 4, 2019

_____
*Judge's signature*

DANIEL J. ALBEGTS, U.S. MAGISTRATE JUDGE
*Printed name and title*